# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID ALLEN COX, : | |
|    Petitioner, : | |
| : | No. 1:19-cv-883 |
| v. : | |
| : | (Judge Rambo) |
| WARDEN DOUGLAS K. WHITE, : | |
|    Respondent. : | |

## ORDER

**AND NOW**, this 6th day of June 2019, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. The Clerk of Court is **DIRECTED** to substitute Warden Douglas K. White as the Respondent in this matter;

2. Cox's Petition for Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**; and

3. The Clerk of Court is directed to **CLOSE** this matter.

                                             s/Sylvia H. Rambo
                                             SYLVIA H. RAMBO
                                             United States District Judge